IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LISA M. FLETCHER,<br><br>*Defendant*. | Case No. 1:24- mj-137 |

### CRIMINAL INFORMATION

COUNT I (Petty Offense – E1873522)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 15, 2024, on or near the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, LISA M. FLETCHER, did unlawfully operate a motor vehicle on a highway at a speed of 20 miles per hour or more in excess of the applicable maximum speed limit and in excess of 85 miles per hour.

(In violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Virginia State Code Section 46.2-862.)

COUNT II (Petty Offense – E1873521)

On or about February 15, 2024, on or near the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, LISA M. FLETCHER, did unlawfully operate a motor vehicle at a speed in excess of the posted speed limit.

(In violation of Title 36, Code of Federal Regulations, Section 4.21(c).)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Antara Joardar
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 236-3854
Antara.Joardar2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

By: _____/s/_____
Antara Joardar
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 236-3854
Antara.Joardar2@usdoj.gov