| Date: 4.11.2024 | Time: 10:09a - 10:13a | Tape: FTR / 401 |
| Case No.: 1:24-MJ-137 | Hearing: Initial App. | Judge: John F. Anderson |

## Easter District of Virginia
## United States of America
## v.
## Lisa M. Fletcher

### Participants
USA: Antara Joardar
Def. Counsel:
☑ Court to appoint counsel:
  ☑ FPD ☐ CJA ☐ Conflict List
☐ Deft to retain counsel
☐ Counsel to be reappointed
☐ Deft did not appear / ☐ Warrant to be issued upon PC statement
☐ Interpreter:

### Advisement
☑ Defendant informed of rights, charges, and penalties
☐ Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.

### Detention Hearing/Preliminary Hearing
☐ DH waived / ☐ DH held
☐ PH waived / ☐ PH held
☐ Govt adduced evidence and rests
☐ Court finds PC

### Plea
☐ Plea entered / Court accepts the plea
☐ Oral consent to trial before U.S. Magistrate Judge

### Dismissal
☐ Case dismissed without prejudice
☐ Case dismissed with prejudice

### Probation/Sup. Release violation(s)
☐ Deft informed of violation(s)
☐ Deft denies PC as to the violation(s)
☐ Deft does not contest PC as to the violation(s)
☐ Court finds PC as to the violation(s)

### Detention
☐ Govt seeking detention:
  ☐ Granted / ☐ Denied
☐ Govt is not seeking detention
☐ Def counsel seeking release
☐ Def counsel not seeking release at this time
☐ Deft remanded

### Bond status
☐ Deft released on PR bond ☐ w/conditions
☐ Deft continued on PR bond

### Trial
☐ Matter set for bench trial
☐ Motions due 2 weeks before trial/Oppositions due 1 week before trial
☐ Govt adduced evidence and rests
☐ Bench trial held and completed

### Future proceedings
☐ Deft recognized to appear at further proceedings
☐ Matter set to be heard before the District / Sentencing Judge
☐ Matter continued for further proceedings before the Grand Jury
☑ Matter continued for: Status Conf. 5/9 10am